UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS CLEMONS,

    Petitioner,

v.                                             Case No. 4:20-cv-73-TKW-MJF

RICKY D. DIXON

    Respondent.
_____/

**ORDER**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 19). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determinations that no evidentiary hearing is required for the disposition of this matter; that Petitioner is not entitled to habeas relief; and that a certificate of appealability is not warranted. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus (Doc. 1) challenging the judgment of conviction and sentence in *State of Florida v. Travis Clemons*, Leon County Circuit Court Case No. 2010-CF-1899, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 28th day of February, 2022.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**